regents to regulate the management of the university by enacting the following proviso: Provided, that there shall always be at least one professor of homeopathy in the department of medicine.

The court was equally divided upon the question, whether the Legislature had power under the Constitution to exercise any such authority over the regents.

**1090 STIRLING vs. REGENTS OF THE UNIVERSITY, No. 15561; 3 D. L. N., 371; 68 N. W., 253.**

To compel the board to comply with the provisions of Act No. 257, Laws of 1895, relative to the establishment of a Homeopathic Medical College at Detroit.

Denied July 28, 1896, with costs, on the ground that the Attorney General is the proper party relator in such case and that said Act No. 257 is unconstitutional.

**1091 RICH (Governor) vs. WARDEN OF THE STATE PRISON, No. 14669, 104 M., 436.**

To compel the transfer of a convict from the State Prison to the House of Correction and Reformatory at Ionia, under Act No. 118, Laws of 1893.

Granted March 19, 1895.

**1092 RICH (Governor) vs. WARDEN OF THE STATE PRISON, No. 15268; 65 N. W., 235; 2 D. L. N., 698.**

To compel respondent to transfer a female prisoner, whose sentence had been commuted to imprisonment in the Detroit House of Correction, to said institution, under How. Stat., Sec. 9865.

Granted December 10, 1895, without costs.